**FILED**

**09/15/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
**(for filers who are prisoners without lawyers)**

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __INDIana__

(Full name of plaintiff(s))

__Randy Allen Coffey__

v.

(Full name of defendant(s))

__Knox County Jail__
__SHeriff, VAntlin, also__
__Quality Correctional Care__
__medical Doctor Dew__

Case Number:

2:23-cv-452-MPB-MJD

(to be supplied by clerk of court)

A. **PARTIES**

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __2375 South old Decker Rd. Wineeness, IN__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
                                                (Name)

is (if a person or private corporation) a citizen of  Knox County Jail
(State, if known)
and (if a person) resides at  SHeriff Vantlin
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for  Knox County Sheriff's Department
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

My 8Th ammendment has been violated as well as my fourteenth ammendment has been violated By sheriff vantlin by refusing me my rights of medical care Constitution imposes a duty on jail officials to provide medical appointments to all detainees, he failed to have Custody staff take me to a scheduled neurological appointment to Diagnose me and at failing to make the appointment stops neurological staff to prescribe medications for my symptoms with

Complaint - 2

is Cruel and unusual punishment as well as a deliberate indeference to my health and welfare, also medical Doctor Drew let medical staff overide the appointment that the nurological Doctor of Indiona stated was important I made the appointment 60 days after the Consultation so they could issue medication for seyures headackes and memory loss, the jail staff told doctors at Indiana neuology I wouldnt be available and set my appointment for febuary of 2024 so I have to suffer everyday without medication and a proper Diagnoses,. while incarcerated medical staff and jail staff stated they didn't like hospitals and they didn't want to be bothered with setting at the hospital for five days while I had proper testing done. I've also filed three grievances and not received any exhaustive remedys, # Grievence 7710210- Grievences # 7718446  9-7-2023

Complaint - 3

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the Courts to award me $150,000 for pain and suffering $75,000 from each defendant and I want all federal inmates medical to be handle by united states marshal and not by jails private medical staff and I want an injunction for all my medical needs to be taken care of while incarcerated

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
OR
☑ Court Trial – I want a judge to hear my case

Dated this __11__ day of __Sept__ 20__23__.

Respectfully Submitted,

_Randy Coffey_
Signature of Plaintiff

_201 209 8884_
Plaintiff's Prisoner ID Number

_Knox County jail 2375 South old Decker RD_
_Vincennes, In 47591_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Randy Coffey_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.