UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RANDY ALLEN COFFEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-00452-MPB-MJD |
| DEW Quality Correctional Care Medical Doctor, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice.**

Dated: November 12, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

RANDY ALLEN COFFEY
2012098884
KNOX COUNTY JAIL
2375 South Old Decker Rd.
Vincennes, IN 47591

Rosemary L. Borek
Clark Johnson & Knight, Ltd.
rborek@cjklaw.com

Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com

Elizabeth M. Wheaton
Clark Johnson & Knight, Ltd.
ewheaton@cjklaw.com